S

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **FILED UNDER SEAL** |
| | : | |
| **vs.** | : | **CRIMINAL CASE NO. 3:25-CR-** 15 |
| | : | |
| **GUILLERMO HERNANDEZ,** | : | **VIOLATION(S):** |
| **YENSON CEDENO-ACEVEDO,** | : | **18 U.S.C. § 1951(a)** |
| **a/k/a Menor,** | : | **18 U.S.C. § 2** |
| **a/k/a Jayson;** | : | **21 U.S.C. § 846** |
| **MICAIA GARCIA,** | : | **21 U.S.C. § 841(a)(1)** |
| **a/k/a Moises Garcia,** | : | **21 U.S.C. § 841(b)(1)(A)** |
| **a/k/a Micky;** | : | **21 U.S.C. § 841(b)(1)(C)** |
| **JUAN CAURIS HILARIO SANTANA,** | : | **18 U.S.C. § 924(c)(1)(A)(iii)** |
| **a/k/a Edgar Nieves Ramos,** | : | **18 U.S.C. § 924(c)(1)(A)(ii)** |
| **a/k/a Gordo;** | : | **18 U.S.C. § 924(c)(1)(A)(i)** |
| **LUIS ANGEL SOTO,** | : | **18 U.S.C. § 922(j)** |
| **a/k/a Rojo;** | : | **18 U.S.C. § 922(g)(5)** |
| **CHRISTOPHER MICHAEL,** | : | **18 U.S.C. § 371** |
| **a/k/a Blue;** | : | **18 U.S.C. § 922(a)(6)** |
| **YORDI AQUINO,** | : | **18 U.S.C. § 924(a)(2)** |
| **ODALIS PEREZ-ALVAREZ,** | : | **18 U.S.C. § 924(a)(8)** |
| **KALEY MARIE CHEATHAM, and** | : | **18 U.S.C. § 924(d)(1)** |
| **NATALY ORTEGA VAZQUEZ,** | : | **18 U.S.C. § 981(a)(1)(C)** |
| | : | **21 U.S.C. § 853** |
| | : | **28 U.S.C. § 2461(c)** |
| **Defendants.** | : | |

**THE GRAND JURY CHARGES:**

At all times material to this Indictment:

## MANNER AND MEANS OF THE CONSPIRACY

1. The defendants **GUILLERMO HERNANDEZ; YENSON CEDENO-ACEVEDO, a/k/a Jayson, a/k/a Menor; MICAIA GARCIA, a/k/a Moises Garcia, a/k/a Micky; JUAN CAURIS HILARIO SANTANA, a/k/a Edgar Nieves Ramos, a/k/a Gordo; LUIS ANGEL SOTO, a/k/a Rojo; CHRISTOPHER MICHAEL, a/k/a Blue, YORDI AQUINO, ODALIS PEREZ-ALVAREZ** and others known and unknown to the Grand Jury, planned to commit by force, violence, fear, and injury,

armed robberies of illegal drugs and proceeds procured from drug trafficking held in the possession of individuals whom the defendants believed were engaged in illegal drug trafficking.

2. After identifying potential targets, the defendants would conduct surveillance on the targets, which often involved unlawfully attaching Global Positioning System ("GPS") tracking devices to vehicles driven by the targets. The defendants would monitor the GPS tracking devices to determine where the targets lived and stored their drugs and drug proceeds.

3. After the defendants identified a specific target location, that is a place where they believed drugs and drug proceeds were being kept, they would arm themselves with firearms, primarily makes and models commonly carried by law enforcement officers, such as Glock 9mm caliber pistols and AR-15-platform rifles. They would dress in law enforcement style fatigues and ballistic "bulletproof" vests and forcibly enter a target location by displaying fake police badges and announcing that they were police officers or "DEA" agents. At the same time, other members of the conspiracy would be outside the target location in their automobiles acting as "lookouts."

4. Inside the target location, the defendants would hold the victims at gunpoint, physically assault them, and demand that they disclose the whereabouts of their secreted drugs and drug proceeds. They would take or destroy the victims' cell phones to prevent them from calling law enforcement. They would then steal the drugs and drug proceeds. The stolen drugs and proceeds were split amongst the defendants, and the drugs were later sold.

## COUNT ONE
## (Hobbs Act Robbery Conspiracy)

Paragraphs 1 to 4 are realleged and incorporated by reference as though fully set forth herein.

Beginning on a date unknown to the Grand Jury and continuing until at least December 6, 2023, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendants,

**GUILLERMO HERNANDEZ,**
**YENSON CEDENO-ACEVEDO,**
**a/k/a Jayson,**
**a/k/a Menor;**
**MICAIA GARCIA,**
**a/k/a Moises Garcia,**
**a/k/a Micky;**
**JUAN CAURIS HILARIO SANTANA,**
**a/k/a Edgar Nieves Ramos,**
**a/k/a Gordo;**
**LUIS ANGEL SOTO,**
**a/k/a Rojo;**
**CHRISTOPHER MICHAEL,**
**a/k/a Blue;**
**YORDI AQUINO,**
**and**
**ODALIS PEREZ-ALVAREZ,**

did knowingly and willfully combine, confederate, agree, conspire, and have a tacit understanding with each other and other persons known and unknown to the Grand Jury to obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, Sections 1951(b)(1) and (b)(3), in that the defendants did plan to take illegal drugs, drug proceeds, firearms and cellular telephones from individuals they believed to be engaged in drug trafficking by means of actual and threatened force, violence, and fear of injury to said persons, in violation of Title 18, United States Code, Section 1951(a).

**COUNT TWO**
**(Hobbs Act Robbery)**

That on or about November 7, 2022, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**GUILLERMO HERNANDEZ,**
**YENSON CEDENO-ACEVEDO,**
**a/k/a Jayson,**
**a/k/a Menor;**
**MICAIA GARCIA,**

**a/k/a Moises Garcia,**
**a/k/a Micky;**
**JUAN CAURIS HILARIO SANTANA,**
**a/k/a Edgar Nieves Ramos,**
**a/k/a Gordo;**
**CHRISTOPHER MICHAEL,**
**a/k/a Blue,**
**and**
**ODALIS PEREZ-ALVAREZ,**

defendants herein, aided and abetted by each other and by others known and unknown to the Grand Jury, did knowingly and intentionally take property, that is United States currency, cocaine, and a rifle from, and in the presence of, J.T., against the will of said person, by means of actual and threatened force, violence and fear of injury, immediate and future, to said person, thereby affecting, delaying, and otherwise obstructing commerce, in violation of Title 18, United States Code, Sections 1951(a) and 2.

**COUNT THREE**
**(Conspiracy to Possess with Intent to Distribute Controlled Substances)**

Beginning on a date unknown to the Grand Jury and continuing until at least December 6, 2023, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendants,

**GUILLERMO HERNANDEZ,**
**YENSON CEDENO-ACEVEDO,**
**a/k/a Jayson,**
**a/k/a Menor;**
**MICAIA GARCIA,**
**a/k/a Moises Garcia,**
**a/k/a Micky;**
**JUAN CAURIS HILARIO SANTANA,**
**a/k/a Edgar Nieves Ramos,**
**a/k/a Gordo;**
**CHRISTOPHER MICHAEL,**
**a/k/a Blue,**
**and**
**ODALIS PEREZ-ALVAREZ,**

did knowingly and intentionally conspire with each other and other persons known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance, to wit:

1) methamphetamine, a Schedule II controlled substance, in an amount greater than 50 grams;
2) a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in an amount greater than 5 kilograms; and,
3) a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in an amount greater than 1 kilogram;

All in violation of Title 21, United States Code, Section 846, in connection with Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

**COUNT FOUR**
**(Possession with Intent to Distribute Cocaine)**

That on or about November 7, 2022, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**GUILLERMO HERNANDEZ,**
**YENSON CEDENO-ACEVEDO,**
**a/k/a Jayson,**
**a/k/a Menor;**
**MICAIA GARCIA,**
**a/k/a Moises Garcia,**
**a/k/a Micky;**
**JUAN CAURIS HILARIO SANTANA,**
**a/k/a Edgar Nieves Ramos,**
**a/k/a Gordo;**
**CHRISTOPHER MICHAEL,**
**a/k/a Blue,**
**and**
**ODALIS PEREZ-ALVAREZ,**

defendants herein, aided and abetted by each other and by others known and unknown to the Grand Jury, did knowingly and intentionally possess with the intent to distribute a Schedule II controlled substance,

to wit: a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2.

**COUNT FIVE**
**(Unlawful Discharge, Brandishing, Possession and Use of a Firearm in Furtherance of Another Crime)**

That on or about November 7, 2022, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**GUILLERMO HERNANDEZ,**
**YENSON CEDENO-ACEVEDO,**
**a/k/a Jayson,**
**a/k/a Menor;**
**MICAIA GARCIA,**
**a/k/a Moises Garcia,**
**a/k/a Micky;**
**JUAN CAURIS HILARIO SANTANA,**
**a/k/a Edgar Nieves Ramos,**
**a/k/a Gordo;**
**CHRISTOPHER MICHAEL,**
**a/k/a Blue,**
**and**
**ODALIS PEREZ-ALVAREZ,**

defendants herein, aided and abetted by each other and by others known and unknown to the Grand Jury, did knowingly and intentionally possess, use, carry, brandish, and discharge a firearm, to wit: a Glock, Model: 19, 9mm caliber pistol, Serial Number: BSCB451, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, the crime alleged in Count Two of this indictment, and during and in relation to a drug trafficking crime, that is, the crimes alleged in Counts Three and Four of this indictment; all in violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii) and 2.

**COUNT SIX**
**(Unlawful Brandishing, Possession and Use of a Firearm in Furtherance of Another Crime)**

That on or about November 7, 2022, in the Athens Division of the Middle District of Georgia,

and elsewhere within the jurisdiction of this Court,

**GUILLERMO HERNANDEZ,**
**YENSON CEDENO-ACEVEDO,**
**a/k/a Jayson,**
**a/k/a Menor;**
**MICAIA GARCIA,**
**a/k/a Moises Garcia,**
**a/k/a Micky;**
**JUAN CAURIS HILARIO SANTANA,**
**a/k/a Edgar Nieves Ramos,**
**a/k/a Gordo;**
**CHRISTOPHER MICHAEL,**
**a/k/a Blue,**
**and**
**ODALIS PEREZ-ALVAREZ,**

defendants herein, aided and abetted by each other and by others known and unknown to the Grand Jury, did knowingly and intentionally possess, use, carry, and brandish a firearm, to wit: an Anderson Manufacturing, Model: AM-15, multi caliber rifle, Serial Number: 20241581, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, the crime alleged in Count Two of this indictment, and during and in relation to a drug trafficking crime, that is, the crimes alleged in Counts Three and Four of this indictment; all in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

**COUNT SEVEN**
**(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)**

On or about March 2, 2023, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**GUILLERMO HERNANDEZ,**

defendant herein, did knowingly and intentionally possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, the crime alleged in Count Three of this indictment, said firearm being a Romarm (Cugir Arms Factory), Model: Draco, 7.62 caliber

pistol, Serial Number: PMD-14466-19; all in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.

**COUNT EIGHT**
**(Possession of a Stolen Firearm)**

That on or about November 7, 2022, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**GUILLERMO HERNANDEZ,**
**YENSON CEDENO-ACEVEDO,**
**a/k/a Jayson,**
**a/k/a Menor;**
**MICAIA GARCIA,**
**a/k/a Moises Garcia,**
**a/k/a Micky;**
**JUAN CAURIS HILARIO SANTANA,**
**a/k/a Edgar Nieves Ramos,**
**a/k/a Gordo;**
**CHRISTOPHER MICHAEL,**
**a/k/a Blue,**
**and**
**ODALIS PEREZ-ALVAREZ,**

defendants herein, aided and abetted by each other and by others known and unknown to the Grand Jury, did knowingly and unlawfully possess a stolen firearm that had been shipped and transported in interstate commerce, that is, a Mossberg, Model: Patriot, 6.5 Creedmoor caliber rifle, Serial Number: MPR0381344, knowing and having reasonable cause to believe the firearm was stolen, in violation of Title 18, United States Code, Sections 922(j), 924(a)(2) and 2.

**COUNT NINE**
**(Possession of a Firearm by a Non-Citizen)**

That on or about November 7, 2022, in the Athens Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**YENSON CEDENO-ACEVEDO,**
**a/k/a Jayson,**
**a/k/a Menor,**

defendant herein, aided and abetted by others known and unknown to the Grand Jury, knowing that he was an alien illegally and unlawfully in the United States did knowingly possess a firearm, to wit:

(a) an Anderson Manufacturing, Model: AM-15, multi caliber rifle, Serial Number: 20241581; and

(b) a Mossberg, Model: Patriot, 6.5 Creedmoor caliber rifle, Serial Number: MPR0381344,

said firearm having been shipped and transported in interstate and foreign commerce; in violation of Title 18, United States Code, Sections 922(g)(5), 924(a)(8) and 2.

**COUNT TEN**
**(Possession of a Firearm by a Non-Citizen)**

That on or about November 7, 2022, in the Athens Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**MICAIA GARCIA,**
**a/k/a Moises Garcia,**
**a/k/a Micky,**

defendant herein, aided and abetted by others known and unknown to the Grand Jury, knowing that he was an alien illegally and unlawfully in the United States did knowingly possess a firearm, to wit:

(a) an Anderson Manufacturing, Model: AM-15, multi caliber rifle, Serial Number: 20241581; and

(b) a Mossberg, Model: Patriot, 6.5 Creedmoor caliber rifle, Serial Number: MPR0381344,

said firearm having been shipped and transported in interstate and foreign commerce; in violation of Title 18, United States Code, Sections 922(g)(5), 924(a)(8) and 2.

**COUNT ELEVEN**
**(Possession of a Firearm by a Non-Citizen)**

That on or about November 7, 2022, in the Athens Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**JUAN CAURIS HILARIO SANTANA,**
**a/k/a Edgar Nieves Ramos,**
**a/k/a Gordo,**

defendant herein, aided and abetted by others known and unknown to the Grand Jury, knowing that he was an alien illegally and unlawfully in the United States did knowingly possess a firearm, to wit:

(a) an Anderson Manufacturing, Model: AM-15, multi caliber rifle, Serial Number: 20241581; and

(b) a Mossberg, Model: Patriot, 6.5 Creedmoor caliber rifle, Serial Number: MPR0381344,

said firearm having been shipped and transported in interstate and foreign commerce; in violation of Title 18, United States Code, Sections 922(g)(5), 924(a)(8) and 2.

**COUNT TWELVE**
**(Conspiracy to Commit Straw Purchases of Firearms)**

Beginning on a date unknown to the Grand Jury and continuing until on or about March 2, 2023, in the Valdosta Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**GUILLERMO HERNANDEZ,**
**KALEY MARIE CHEATHAM, and**
**NATALY ORTEGA VAZQUEZ,**

defendants herein, did knowingly, willfully, and unlawfully combine, conspire, and agree together and with others, known and unknown to the Grand Jury, to commit offenses against the United States, that is in connection with the acquisition of firearms from licensed dealers of firearms within the meaning of Chapter 44 of Title 18, United States Code, did knowingly make false and fictitious written statements to such licensed dealers, which statements were intended and likely to deceive the licensed dealers of firearms with respect to a fact material to the lawfulness of the sale of a firearm under Chapter 44 of Title 18; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**OVERT ACTS**

In furtherance of the conspiracy and to affect the objects thereof, within the Valdosta Division of the Middle District of Georgia, and elsewhere, the defendants, **GUILLERMO HERNANDEZ, KALEY**

**MARIE CHEATHAM, NATALY ORTEGA VAZQUEZ** and others, known and unknown to the Grand Jury, committed, and caused to be committed, the following overt acts, among others:

1. From in or about August 2022, through January 2023, the exact date range being unknown to the Grand Jury, **GUILLERMO HERNANDEZ** solicited **KALEY MARIE CHEATHAM, NATALY ORTEGA VAZQUEZ, A.C., J.S., J.F., J.M., L.R.,** and **J.T.** to purchase firearms for him from licensed dealers of firearms.

2. From on or about August 1, 2022, through on or about January 28, 2023, **KALEY MARIE CHEATHAM** purchased twenty-eight (28) firearms described in the table below from licensed dealers of firearms for **GUILLERMO HERNANDEZ**, and in connection with the firearm acquisitions, **KALEY MARIE CHEATHAM** falsely represented on Firearms Transaction Record reports, commonly referred to as "ATF Form 4473" reports, that she was the actual transferee/buyer of the firearms.

| Purchase Date | Firearm Manufacturer | Model | Type | Caliber | Serial Number | FFL Where Firearms Were Purchased |
|---|---|---|---|---|---|---|
| 8/1/2022 | Glock | 43X | Pistol | 9mm | BWVA400 | Range, Guns & Safes in Atlanta, GA |
| 8/1/2022 | Glock | 48 | Pistol | 9mm | BXDE616 | Range, Guns & Safes in Atlanta, GA |
| 8/1/2022 | Glock | 17 | Pistol | 9mm | BUNR056 | Range, Guns & Safes in Atlanta, GA |
| 8/1/2022 | Glock | 19 | Pistol | 9mm | BWYN797 | Range, Guns & Safes in Atlanta, GA |
| 8/1/2022 | Glock | 19X | Pistol | 9mm | BXRP013 | Range, Guns & Safes in Atlanta, GA |
| 8/3/2022 | Glock | 26 | Pistol | 9mm | AGST009 | Range, Guns & Safes in Atlanta, GA |
| 8/3/2022 | Glock | 19X | Pistol | 9mm | BXZA652 | Range, Guns & Safes in Atlanta, GA |

| | | | | | | |
|---|---|---|---|---|---|---|
| 8/3/2022 | Glock | 19 | Pistol | 9mm | BXPN118 | Range, Guns & Safes in Atlanta, GA |
| 8/3/2022 | Glock | 26 | Pistol | 9mm | UFL217 | Bullseye Sporting Goods Inc., a/k/a Bullseye Indoor Range & Gun Shop in Lawrenceville, GA |
| 8/3/2022 | Glock | 26 | Pistol | 9mm | BKWT867 | Bullseye Sporting Goods Inc., a/k/a Bullseye Indoor Range & Gun Shop in Lawrenceville, GA |
| 8/10/2022 | Glock | 19 | Pistol | 9mm | YTK987 | Valdosta Pawn Inc., in Valdosta, GA |
| 8/10/2022 | Glock | 19 | Pistol | 9mm | AESF572 | Valdosta Pawn Inc., in Valdosta, GA |
| 8/10/2022 | Glock | 17 | Pistol | 9mm | ACDD641 | Valdosta Pawn Inc., in Valdosta, GA |
| 8/10/2022 | Glock | 19 | Pistol | 9mm | BWYN938 | Big Daddy Guns in Valdosta, GA |
| 8/10/2022 | Glock | 17 | Pistol | 9mm | BXFF833 | Big Daddy Guns in Valdosta, GA |
| 8/10/2022 | Glock | 19 | Pistol | 9mm | BWYX511 | T3 Outdoors in Valdosta, GA |
| 8/10/2022 | Glock | 26 | Pistol | 9mm | AGKP934 | T3 Outdoors in Valdosta, GA |
| 8/10/2022 | Glock | 26 | Pistol | 9mm | BVVM120 | Liberty Gunworx LLC, in Valdosta, GA |
| 8/10/2022 | Glock | 19 | Pistol | 9mm | BVHH956 | Liberty Gunworx LLC, in Valdosta, GA |
| 8/10/2022 | Glock | 19 | Pistol | 9mm | BXGF872 | Academy Sports + Outdoors (Academy Store |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 170) in Valdosta, GA |
| 8/10/2022 | Glock | 26 | Pistol | 9mm | AGKP349 | Academy Sports + Outdoors (Academy Store 170) in Valdosta, GA |
| 1/24/2023 | Glock | 17 | Pistol | 9mm | BVGH372 | Bullseye Sporting Goods Inc., a/k/a Bullseye Indoor Range & Gun Shop in Lawrenceville, GA |
| 1/24/2023 | Glock | 19 | Pistol | 9mm | BYYW609 | Bullseye Sporting Goods Inc., a/k/a Bullseye Indoor Range & Gun Shop in Lawrenceville, GA |
| 1/24/2023 | Glock | 19X | Pistol | 9mm | BYVL734 | Mainstreet Guns & Range in Lilburn, GA |
| 1/24/2023 | Glock | 26 | Pistol | 9mm | BXHS983 | Mainstreet Guns & Range in Lilburn, GA |
| 1/28/2023 | Glock | 19 | Pistol | 9mm | BWRX170 | Academy Sports + Outdoors (Academy Store 107) in Snellville, GA |
| 1/28/2023 | Glock | 26 | Pistol | 9mm | AGSR903 | Academy Sports + Outdoors (Academy Store 107) in Snellville, GA |
| 1/28/2023 | Glock | 19 | Pistol | 9mm | AHKL250 | Range, Guns & Safes in Atlanta, GA |

3. From on or about December 1, 2022, to on or about December 5, 2022, **NATALY ORTEGA VAZQUEZ** placed three online orders for the purchase of thirty-two (32) Glock pistols, totaling $16,918.93, with De Leon Pharmacy and Sporting Goods, a licensed dealer of firearms located in De Leon, Texas. After De Leon Pharmacy and Sporting Goods notified **NATALY ORTEGA VAZQUEZ** that it would not fulfill her order for multiple firearms, she requested a refund.

4. Between December 16, 2022, and January 3, 2023, **GUILLERMO HERNANDEZ** and **NATALY ORTEGA VAZQUEZ** exchanged multiple messages in which they discussed the status of the refund from De Leon Pharmacy and Sporting Goods. After the refund from De Leon Pharmacy and Sporting Goods posted to **NATALY ORTEGA VAZQUEZ's** bank account on January 6, 2023, she sent **GUILLERMO HERNANDEZ** a screenshot of her bank account summary showing the refund amount.

5. On January 3, 2023, at 1:38 p.m., **GUILLERMO HERNANDEZ** sent **NATALY ORTEGA VAZQUEZ** a message asking her when she would be free to go to gun stores to purchase firearms for him. **NATALY ORTEGA VAZQUEZ** responded that she would be available the following day.

6. On January 4, 2023, at 1:46 p.m., **NATALY ORTEGA VAZQUEZ** sent **GUILLERMO HERNANDEZ** a message asking him, "Hey did you know what store to go to today[?]" **GUILLERMO HERNANDEZ** responded, "It's called bullseye in Lawrenceville Georgia."

7. On January 4, 2023, at 2:43 p.m., **GUILLERMO HERNANDEZ** sent **NATALY ORTEGA VAZQUEZ** a message telling her that he needed her to purchase nine guns for him and she should not purchase all nine guns from one store.

8. On January 4, 2023, at 10:45 p.m., **GUILLERMO HERNANDEZ** sent a message to **NATALY ORTEGA VAZQUEZ** discussing how they could avoid law enforcement's detection of their

multiple gun purchases by not buying more than two guns at a time and shipping their guns in foreign commerce to the Dominican Republic.

9. On January 5, 2023, at 4:02 p.m., **GUILLERMO HERNANDEZ** sent a message to **NATALY ORTEGA VAZQUEZ** instructing her what to say if she was asked by a gun store employee why she was buying multiple firearms.

10. From January 5, 2023, through January 18, 2023, **NATALY ORTEGA VAZQUEZ** purchased for **GUILLERMO HERNANDEZ** the seven (7) firearms described in the table below from five (5) different gun stores, one of which was Bullseye Indoor Gun Range & Gun Shop in Lawrenceville, Georgia, and in connection with the firearm acquisitions, **NATALY ORTEGA VAZQUEZ** falsely represented on ATF Form 4473 reports that she was the actual transferee/buyer of the firearms.

| Purchase Date | Firearm Manufacturer | Model | Type | Caliber | Serial Number | FFL Where Firearms Were Purchased |
|---|---|---|---|---|---|---|
| 1/5/2023 | Glock | 19 | Pistol | 9mm | BYML897 | Bullseye Sporting Goods Inc., a/k/a Bullseye Indoor Range & Gun Shop in Lawrenceville, GA |
| 1/5/2023 | Glock | 19 | Pistol | 9mm | BXYP929 | Georgia Gun Club in Buford, GA |
| 1/5/2023 | Glock | 19 | Pistol | 9mm | BYUM323 | Mainstreet Guns & Range in Lilburn, GA |
| 1/12/2023 | Glock | 19 | Pistol | 9mm | BYMY421 | Stoddard's Range & Guns in Atlanta, GA |
| 1/12/2023 | Glock | 26 | Pistol | 9mm | AHBH709 | Stoddard's Range & Guns in Atlanta, GA |
| 1/18/2023 | Glock | 19 | Pistol | 9mm | BYFP571 | Range, Guns & Safes in Atlanta |
| 1/18/2023 | Glock | 19 | Pistol | 9mm | BYFM931 | Range, Guns & Safes in Atlanta |

11. On or about January 28, 2023, **A.C.** purchased the two (2) firearms described in the table below for **GUILLERMO HERNANDEZ**, and in connection with the firearm acquisitions, **A.C.** falsely represented on an ATF Form 4473 report that she was the actual transferee/buyer of the firearms.

| Purchase Date | Firearm Manufacturer | Model | Type | Caliber | Serial Number | FFL Where Firearms Were Purchased |
|---|---|---|---|---|---|---|
| 1/28/2023 | Glock | 19 | Pistol | 9mm | BWYP756 | Mainstreet Guns & Range in Lilburn, GA |
| 1/28/2023 | Glock | 26 | Pistol | 9mm | AHBF000 | Mainstreet Guns & Range in Lilburn, GA |

12. On or about January 30, 2021, **J.S.** purchased for **GUILLERMO HERNANDEZ** a Glock, Model: 19, 9mm pistol, Serial Number: BNZR752, from Prentiss Gun & Pawn in Baxley, Georgia, and in connection with the firearm acquisition, **J.S.** falsely represented on an ATF Form 4473 report that he was the actual transferee/buyer of the firearm.

13. On or about August 6, 2021, and November 8, 2021, **J.F.** purchased the three (3) firearms described in the table below for **GUILLERMO HERNANDEZ**, and in connection with the firearm acquisitions, **J.F.** falsely represented on ATF Form 4473 reports that he was the actual transferee/buyer of the firearms.

| Purchase Date | Firearm Manufacturer | Model | Type | Caliber | Serial Number | FFL Where Firearms Were Purchased |
|---|---|---|---|---|---|---|
| 8/6/2021 | Glock | 19 | Pistol | 9mm | AFNW331 | Pawn Pro, Inc. in Covington, GA |
| 11/8/2021 | Glock | 42 | Pistol | .380 | AFZK931 | Bullseye Sporting Goods Inc., a/k/a Bullseye Indoor Range & Gun Shop in Lawrenceville, GA |
| 11/8/2021 | Glock | 43 | Pistol | 9mm | ADRZ680 | Bullseye Sporting Goods Inc., a/k/a |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Bullseye Indoor Range & Gun Shop in Lawrenceville, GA |

14. On or about December 29, 2022, **J.M.** purchased for **GUILLERMO HERNANDEZ** a Glock, Model: 19, 9mm pistol, Serial Number: BXYP927, from Georgia Gun Club in Buford, Georgia, and in connection with the firearm acquisition, **J.M.** falsely represented on an ATF Form 4473 report that he was the actual transferee/buyer of the firearm.

15. On or about February 1, 2022, and February 10, 2022, **L.R.** purchased the three (3) firearms described in the table below for **GUILLERMO HERNANDEZ**, and in connection with the firearm acquisitions, **L.R.** falsely represented on ATF Form 4473 reports that he was the actual transferee/buyer of the firearms.

| Purchase Date | Firearm Manufacturer | Model | Type | Caliber | Serial Number | FFL Where Firearms Were Purchased |
|---|---|---|---|---|---|---|
| 2/1/2022 | Glock | 19 | Pistol | 9mm | BTNT747 | Mainstreet Guns & Range in Lilburn, GA |
| 2/1/2022 | Glock | 26 | Pistol | 9mm | BVLF577 | Mainstreet Guns & Range in Lilburn, GA |
| 2/10/2022 | Glock | 19 | Pistol | 9mm | BURK302 | Mainstreet Guns & Range in Lilburn, GA |

16. On or about January 14, 2023, **J.T.** purchased for **GUILLERMO HERNANDEZ** a Glock, Model: 19, 9mm pistol, Serial Number: AHKL211, from Range, Guns & Safes in Atlanta, GA, and in connection with the firearm acquisition, **J.T.** falsely represented on an ATF Form 4473 report that he was the actual transferee/buyer of the firearm.

**All in violation of Title 18, United States Code, Section 371.**

**COUNT THIRTEEN**
**(False Statement During Purchase of a Firearm)**

That on or about August 10, 2022, in the Valdosta Division of the Middle District of Georgia, the defendants,

**GUILLERMO HERNANDEZ, and**
**KALEY MARIE CHEATHAM,**

aided and abetted by one another, in connection with the acquisition of a firearm, that is, a Glock, Model: 19, 9mm pistol, Serial Number: YTK987, from Valdosta Pawn, Inc., located at 1401 Baytree Road, Valdosta, Georgia, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, and the accused knowingly made a false and fictitious written statement to the licensed dealer of firearms, which was intended and likely to deceive the licensed dealer of firearms as to a fact material to the lawfulness of such sale of said firearms under Chapter 44 of Title 18, in that **KALEY MARIE CHEATHAM** represented that she was the actual transferee/buyer of the firearm when in fact **GUILLERMO HERNANDEZ** was the actual transferee/buyer of the firearm; all in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and 2.

**COUNT FOURTEEN**
**(False Statement During Purchase of a Firearm)**

That on or about August 10, 2022, in the Valdosta Division of the Middle District of Georgia, the defendants,

**GUILLERMO HERNANDEZ, and**
**KALEY MARIE CHEATHAM,**

aided and abetted by one another, in connection with the acquisition of firearms, that is, one (1) Glock, Model: 19, 9mm pistol, Serial Number: BWYN938, and one (1) Glock, Model: 17, 9mm pistol, Serial

Number: BXFF833, from Big Daddy Guns, located at 3886 Bemiss Road, Suite B, Valdosta, Georgia, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, and the accused knowingly made a false and fictitious written statement to the licensed dealer of firearms, which was intended and likely to deceive the licensed dealer of firearms as to a fact material to the lawfulness of such sale of said firearms under Chapter 44 of Title 18, in that **KALEY MARIE CHEATHAM** represented that she was the actual transferee/buyer of the firearms when in fact **GUILLERMO HERNANDEZ** was the actual transferee/buyer of the firearms; all in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and 2.

**COUNT FIFTEEN**
**(False Statement During Purchase of a Firearm)**

That on or about August 10, 2022, in the Valdosta Division of the Middle District of Georgia, the defendants,

**GUILLERMO HERNANDEZ, and**
**KALEY MARIE CHEATHAM,**

aided and abetted by one another, in connection with the acquisition of firearms, that is, one (1) Glock, Model: 19, 9mm pistol, Serial Number: BWYX511, and one (1) Glock, Model: 26, 9mm pistol, Serial Number: AGKP934, from T3 Outdoors, located at 1737 Gornto Road, Valdosta, Georgia, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, and the accused knowingly made a false and fictitious written statement to the licensed dealer of firearms, which was intended and likely to deceive the licensed dealer of firearms as to a fact material to the lawfulness of such sale of said firearms under Chapter 44 of Title 18, in that **KALEY MARIE CHEATHAM** represented that she was the actual transferee/buyer of the firearms when in fact **GUILLERMO HERNANDEZ** was the actual transferee/buyer of the firearms; all in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and 2.

**COUNT SIXTEEN**
**(False Statement During Purchase of a Firearm)**

That on or about August 10, 2022, in the Valdosta Division of the Middle District of Georgia,

**GUILLERMO HERNANDEZ, and**
**KALEY MARIE CHEATHAM,**

aided and abetted by one another, in connection with the acquisition of a firearm, that is, one (1) Glock, Model: 19, 9mm pistol, Serial Number: BVHH956, from Liberty Gunworx LLC, located at 2904 N Patterson Street, Suite G, Valdosta, Georgia, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, and the accused knowingly made a false and fictitious written statement to the licensed dealer of firearms, which was intended and likely to deceive the licensed dealer of firearms as to a fact material to the lawfulness of such sale of said firearms under Chapter 44 of Title 18, in that **KALEY MARIE CHEATHAM** represented that she was the actual transferee/buyer of the firearm when in fact **GUILLERMO HERNANDEZ** was the actual transferee/buyer of the firearm; all in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and 2.

**COUNT SEVENTEEN**
**(False Statement During Purchase of a Firearm)**

That on or about August 10, 2022, in the Valdosta Division of the Middle District of Georgia,

**GUILLERMO HERNANDEZ, and**
**KALEY MARIE CHEATHAM,**

aided and abetted by one another, in connection with the acquisition of firearms, that is, one (1) Glock, Model: 19, 9mm pistol, Serial Number: BXGF872, and one (1) Glock, Model: 26, 9mm pistol, Serial Number: AGKP349, from Academy Sports + Outdoors (Academy Store 170), located at 455 Norman Drive, Valdosta, Georgia, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, and the accused knowingly made a false and fictitious written statement to the licensed dealer of firearms, which was intended and likely to deceive the licensed dealer of firearms as

to a fact material to the lawfulness of such sale of said firearms under Chapter 44 of Title 18, in that **KALEY MARIE CHEATHAM** represented that she was the actual transferee/buyer of the firearms when in fact **GUILLERMO HERNANDEZ** was the actual transferee/buyer of the firearms; all in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and 2.

**FORFEITURE NOTICE**
**(18 U.S.C. § 924(d)(1), 18 U.S.C. § 981(a)(1)(C),**
**21 U.S.C. § 853, and 28 U.S.C. § 2461(c) – Criminal Forfeiture)**

1. The allegations contained in Counts One through Seventeen of this Indictment are hereby re-alleged and incorporated by reference into this Notice for the purpose of alleging forfeiture to the United States of America, pursuant to the provisions of Title 18, United States Code, Section 924(d)(1), Title 18, United States Code, Section 981(a)(1)(C), and/or Title 21, United States Code, Section 853, in conjunction with Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense(s) in violation of Title 18, United States Code, Section 1951(a) set forth in Counts One and Two; Title 21, United States Code, Section 846, in connection with Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A) set forth in Count Three; Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) set forth in Count Four; Title 18, United States Code, Section 924(c)(1)(A)(iii) set forth in Count Five; Title 18, United States Code, Section 924(c)(1)(A)(ii) set forth in Count Six; Title 18, United States Code, Section 924(c)(1)(A)(i) set forth in Count Seven; Title 18, United States Code, Section 922(j) set forth in Count Eight; Title 18, United States Code, Section 922(g)(5) set forth in Counts Nine through Eleven; Title 18, United States Code, Section 371, in connection with Title 18, United States Code, Section 922(a)(6) set forth in Count Twelve; and/or Title 18, United States Code, Section 922(a)(6) set forth in Counts Thirteen through Seventeen of the Indictment, the defendant(s),

**GUILLERMO HERNANDEZ,**
**YENSON CEDENO-ACEVEDO,**

**a/k/a Jayson,**
**a/k/a Menor;**
**MICAIA GARCIA,**
**a/k/a Moises Garcia,**
**a/k/a Micky;**
**JUAN CAURIS HILARIO SANTANA,**
**a/k/a Edgar Nieves Ramos,**
**a/k/a Gordo;**
**LUIS ANGEL SOTO,**
**a/k/a Rojo;**
**CHRISTOPHER MICHAEL,**
**a/k/a Blue;**
**YORDI AQUINO,**
**ODALIS PEREZ-ALVAREZ,**
**KALEY MARIE CHEATHAM, and**
**NATALY ORTEGA VAZQUEZ**

shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the commission of the offense(s), and/or any property, real or personal, which constitutes or is derived from proceeds traceable to the offense(s), or a conspiracy to commit such offense(s), pursuant to Title 18, United States Code, Section 981(a)(1)(C), in conjunction with Title 28, United States Code, Section 2461(c), and/or any property constituting, or derived from, any proceeds obtained, directly and indirectly, as a result of such offense(s), and any property, real or personal, used, or intended to be used in any manner or part to commit, or to facilitate the commission of, the offense(s), pursuant to Title 21, United States Code, Section 853.

3. If any of the property subject to forfeiture, as a result of any act or omission of the defendant(s):

(a) cannot be located upon exercise of due diligence;

(b) has been transferred, sold to or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and Title 18, United States Code, Section 924(d)(1), and Title 18, United States Code, Section 981(b), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 924(d)(1), Title 18, United States Code, Section 981(a)(1)(C), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

A TRUE BILL.

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

C. SHANELLE BOOKER
ASSISTANT UNITED STATES ATTORNEY

Presented By:

MICHAEL MORRISON
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 10 day of June AD 2025.

Deputy Clerk